# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

IN RE:   Michael E. Baker

Jessica L Baker                              Case Number:   10-22295

Debtors

## NOTICE OF RESCHEDULED TRUSTEE CONFIRMATION

### NOTICE OF HEARING

Notice is hereby given that the Chapter 13 Trustee Confirmation, previously set, is rescheduled to 1/11/2011 at 1:30:00PM in the United States Courthouse, 35 West 5th Street, First Floor, #178, Covington, KY  41011.

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served upon the persons listed below either electronically or by mail on 10/15/2010.

/s/   Beverly M. Burden

Beverly M. Burden, Chapter 13 Trustee
P O BOX 2204
LEXINGTON, KY  40588-2204

Michael E. Baker                                    PLUMMER, MICHAEL E.
Jessica L Baker                                      11 WEST SIXTH STREET
200 West Second Street                       COVINGTON , KY  41011
Maysville, KY  41056

MANLEY DEAS KOCHALSKI LLC
P O BOX 165028
COLUMBUS, OH  43216-5028

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

IN RE:  Michael E. Baker
Jessica L Baker                    Case Number:   10-22295
Debtors

## NOTICE OF RESCHEDULED TRUSTEE CONFIRMATION

### NOTICE OF HEARING

Notice is hereby given that the Chapter 13 Trustee Confirmation, previously set, is rescheduled to 1/11/2011 at 1:30:00PM in the United States Courthouse, 35 West 5th Street, First Floor, #178, Covington, KY 41011.

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served upon the persons listed below either electronically or by mail on 10/15/2010.

/s/ Beverly M. Burden
Beverly M. Burden, Chapter 13 Trustee
P O BOX 2204
LEXINGTON, KY 40588-2204

Michael E. Baker
Jessica L Baker
200 West 2nd Street
Maysville, KY 41056

PLUMMER, MICHAEL E.
11 WEST SIXTH STREET
COVINGTON, KY 41011

MANLEY DEAS KOCHALSKI LLC
P O BOX 165028
COLUMBUS, OH 43216-5028