UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
THE HONORABLE Tracey N Wise

IN RE:                                              CASE NUMBER 10-22295
   Michael E. Baker and Jessica L Baker

## US BANKRUPTCY JUDGES MINUTES OF HEARING

DATE: 1/11/2011                                     TIME: 10:00

APPEARANCES:
   Plummer, Michael
   Smith, Don

ISSUE:
   19     12/15/2010    Motion to Dismiss Case for Failure to Make Plan Payments,
                        filed by Beverly M. Burden. Hearing scheduled for
                        1/11/2011 at 10:00 AM at Covington Courtroom.  (burden,
                        Beverly)

DISPOSITION:
   Sus

JUDGE'S NOTES:

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*The affixing of this Court's electronic seal below is proof this document
has been signed by the Judge and electronically entered by the Clerk in the
official record of this case.*



**Signed By:**
*Tracey N Wise*
**Bankruptcy Judge
Dated: Tuesday, January 11, 2011
(gwp)**